IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                              Cause No. 13-CR-3892 WJ

ANTHONY BARELA,

        Defendant.

### MOTION TO APPOINT COUNSEL

Pursuant to Administrative Order, 22-MC-4-12, the Federal Public Defender has reviewed Mr. Barela's case and determined that *Borden v. United States*, 141 S.Ct. 1817 (2021) may give him grounds for post-conviction relief. Previously, the Federal Public Defender represented Mr. Barela. Undersigned counsel therefore asks this Court to re-appoint the Federal Public Defender to represent Mr. Barela so that he may pursue such relief. The undersigned appears for the sole purpose of filing this motion.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
kurt_mayer@fd.org

*[Electronically filed on March 16, 2022]*
Kurt Mayer