## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                          No. 13-cr-3892 KWR

ANTHONY BARELA,

     Defendant.

### ORDER APPOINTING POST-CONVICTION COUNSEL

     This matter is before the Court on the Motion to Appoint Counsel filed by the Federal Public Defender's Office (FPD).   (CR Doc. 96).   The FPD determined Defendant may be eligible for relief under *Borden v. United States*, 141 S. Ct. 1817 (2021).   Having reviewed the record, the Court will grant the Motion.

     **IT IS ORDERED** that the Motion to Appoint Counsel (**CR Doc. 96**) is **GRANTED**; and FPD is appointed to represent Defendant in pursuing post-conviction relief under *Borden*.

_____
UNITED STATES DISTRICT JUDGE