IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                                        No. 13-CR-3892 KWR

ANTHONY BYRON BARELA,

        Defendant.

### NOTICE OF ENTRY OF APPEARANCE AS CO-COUNSEL

COMES NOW, Emily P. Carey, Assistant Federal Public Defender, by and on behalf of the Federal Public Defender's Office, and hereby enters her appearance as counsel of record for Defendant Anthony Byron Barela in this case.

Defense counsel requests that Assistant Federal Public Defender Emily P. Carey receive copies of all notices, pleadings and correspondence in this case.

IT IS FURTHER requested that undersigned counsel's name be entered on the docket sheet for receipt of documents related to this case.

        Respectfully submitted,

        **FEDERAL PUBLIC DEFENDER**
        111 Lomas NW, Suite 501
        Albuquerque, NM 87102
        (505) 346-2489
        Emily_Carey@fd.org

        *Electronically filed August 19, 2022*
        */s/ Emily P. Carey*
        Assistant Federal Public Defender